IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCHIBER TRUCK COMPANY, INC.,

Plaintiff,

v.

QUALA WASH HOLDINGS, LLC,

Defendant.

Case No. 24-cv-1851 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 11/5/2024**         **MONICA A. STUMP, Clerk of Court**

                             **s/ Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**